RECEIVED
IN LAKE CHARLES, LA.
NOV 18 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| YAKOV DRABOVSKIY | : | DOCKET NO. 2:09 CV 397 |
| VS. | : | JUDGE MINALDI |
| WARDEN YOUNG | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the Magistrate Judge's Order [docs. 52 &53] staying the petitioner's *habeas* case is not clearly erroneous or contrary to law and that order IS AFFIRMED.

Accordingly, the petitioner's appeal of the Magistrate Judge's Order IS DENIED.

Lake Charles, Louisiana, this 2 day of November, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE