RECEIVED
IN LAKE CHARLES, LA

MAR 23 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| YAKOV G. DRABOVSKIY | CIVIL ACTION NO. 09-0397 |
| VS. | JUDGE MINALDI |
| J. P. YOUNG, ET AL. | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that the Petition for Writ of Habeas Corpus filed by Yakov G. Drabovskiy be **DENIED** and that defendant Young's Motion to Dismiss [Doc. 60] be **GRANTED**. As such, the plaintiff's Petition, which includes all pending motions, is **DISMISSED** without prejudice.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 22 day of March, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE